# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

JACQUELINE EICHENBLATT                                      **PLAINTIFF**

**V.**                       **CIVIL ACTION NO. 1:15-cv-00187-GHD-DAS**

ANDREW S. NELSON and
ARAMARK EDUCATIONAL SERVICES, LLC              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

THIS CAUSE is before the Court on the joint *ore tenus* motion of the Plaintiff, Jacqueline Eichenblatt, and the Defendants, Andrew S. Nelson and Aramark Educational Services, LLC, to dismiss all of the Plaintiff's claims in this litigation with prejudice. The Court, having considered the motion and being advised that the parties have fully and finally settled this matter, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action set forth in this civil action by the Plaintiff are hereby dismissed with prejudice, with each party to bear their own costs.

This, _____ day of June, 2016

_____
SENIOR U.S. DISTRICT JUDGE

SUBMITTED BY:

 s/*W. Davis Frye*
W. DAVIS FRYE
Counsel for Defendants


 s/*L. Shane Tompkins*
LOGAN SHANE TOMPKINS
Counsel for Plaintiff

JM WDF 1510315 vl
2789891-000134 06/01/2016